FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0187

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WESLEY SMITH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's unopposed late-filed motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 4, 2020, within which to prepare, serve, and file its response brief.

No further extensions will be granted.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2020